**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6330**

CARLOS CANNON,

        Plaintiff – Appellant,

    v.

CHIEF LONGO; SERGEANT BROWN; SERGEANT NOON; WALLACE, Cpl.;
STEVENSON, Officer; SUPERINTENDENT,

        Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge. (1:10-cv-01089-JFM)

Submitted:  June 16, 2011        Decided:  June 21, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carlos Cannon, Appellant Pro Se.  John Francis Breads, Jr.,
Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Cannon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Cannon's motion for appointment of counsel and affirm for the reasons stated by the district court. Cannon v. Longo, No. 1:10-cv-01089-JFM (D. Md. Feb. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED